

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ALAN H. SCHEINER<br>*Senior Counsel*<br>phone: (212) 356-2344<br>fax: (212) 3509-<br>email: ascheine@law.nyc.gov |
|---|---|---|

December 7, 2018

**VIA Email and Hand Delivery (Next Business Day)**

Andrew F. Plasse, Esq.
163-07 Depot Road, Suite 205
Flushing, New York 11358
Tel. (212) 695-5811

    Re:    *Denise Elliott-Owens individually and as Admx of the Estate of Na'im Owens v. City of New York, et al.*, 15 CV 4751 (RJD) (SJB) (EDNY)

Dear Mr. Plasse:

    Enclosed please find defendants' moving papers in support of their motion for summary judgment. Pursuant to the order of the Court on October 24, 2018, Plaintiff's response is due January 11, 2019; and defendants' reply is due January 25, 2019.

    Thank you for your cooperation in this matter.

                                    Respectfully submitted,
                                    /s/
                                  Alan Scheiner
                                  Senior Counsel
                                  Special Federal Litigation Division

Encl.