UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

**DENISE ELLIOTT-OWENS**, individually and
As Administrator of the Estate of **NA'IM OWENS**,
Deceased,

                    Plaintiff,

    - against --

**THE CITY OF NEW YORK, POLICE OFFICER
ABBAS KYMIN** (Shield No. Unknown), **SGT. KWANE
KIPP** (Shield No. Unknown) **POLICE OFFICER
KONRAD ZAKIEWICZ** (Shield No Unknown) and
**POLICE OFFICER MARCEL FRANCIS** (Shield
No. Unknown) in their individual and official capacities
as Police Officers employed by the City of New York,

                    Defendants.

--------------------------------------------------------------------------X

       **STIPULATION OF
       DISMISSAL**
       CV 15-4751
       (RJD)(SJB)

      Plaintiff, by her attorney, ANDREW F. PLASSE & ASSOCIATES, LLC, hereby

withdraws the above captioned action, pursuant to F.R.C.P. 41(a)(1)(ii), with prejudice,

and without any costs, expenses or fees.

DATED:  April 17, 2019
         Flushing, New York

ANDREW F. PLASSE & ASSOC. LLC
Attorney for the Plaintiff
Office and P.O. Address
163-07 Depot Road, Suite 205
Flushing, NY 11358
[212] 695-5811




BY: _Andrew F Plasse_
    ANDREW F. PLASSE

ZACHARY W. CARTER
Corporation Counsel of City of New York
ALAN SCHEINER, ~~Esq.~~ Senior Counsel
Attorney for the Defendants
Office and P.O. Address
100 Church Street
New York, NY 10007
[212] 356-234~~1~~

BY _Alan Scheiner_
    ALAN SCHEINER